E-FILING

No. CR-08 00337 RMW

RS

FILED
2008 MAY 21 P 2:59
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## *SAN JOSE DIVISION*

---

**THE UNITED STATES OF AMERICA**

***vs.***

**LUIS REBOLLA-SANCHEZ**

---

# INDICTMENT

**COUNT ONE**: Title 8, U.S.C. § 1326 - Illegal Re-Entry Following Deportation

***A true bill.***

Ramona L Wells
***Foreperson***

---

*Filed in open court this* 21 *day of* May

*A.D. 200*8

Patricia V. Trumbull
***United States Magistrate Judge***

---

***Bail. $*** already before Court

No process

1C
Jpm

JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

E-FILING

FILED

2008 MAY 21 P 2:59

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RMW

UNITED STATES OF AMERICA,

Plaintiff,

v.

LUIS REBOLLA-SANCHEZ,

Defendant.

CR No. 08 00337

RS

VIOLATION: 8 U.S.C. § 1326 – Illegal Re-Entry Following Deportation

SAN JOSE VENUE

INDICTMENT

The Grand Jury charges:

On or about March 10, 2008, the defendant,

LUIS REBOLLA-SANCHEZ,

an alien, previously having been arrested and deported from the United States on or about February 19, 1997, March 27, 2000, June 20, 2002, April 29, 2004, and February 16, 2007, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-application by the

//

defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326.

DATED:

A TRUE BILL.

FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

DAVID R. CALLAWAY
Deputy Chief, San Jose Branch Office

Approved as to form: SAUSA B. KENNEDY

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

Title 8, U.S.C. § 1326 - Illegal Re-Entry Following Deportation

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

E-FILING

PENALTY:

20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment fee

FILED
2008 MAY 21 P 2:59
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

DEFENDANT - U.S.

LUIS REBOLLAR-SANCHEZ

DISTRICT COURT NUMBER

CR-08 00337 RMW

RS

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: JOSEPH P. RUSSONIELLO
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): BENJAMIN KENNEDY

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time:

Before Judge:

Comments: