UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
**Judge Ronald M. Whyte, Presiding**
Courtroom 6 - 4th Floor

# Criminal Minute Order

Date: June 2, 2008                                    Time in Court: 2 minute

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter: Lee-Anne Shortridge

---

**TITLE: United States of America v. Luis Rebolla-Sanchez**
**CASE NUMBER**: CR08-00337RMW
Plaintiff Attorney present: Chad Mandell
Defendant Attorney present: Manuel Araujo

---

**PROCEEDINGS: Status Hearing**

Defendant is in custody and present.

Matter is continued to July 21, 2008 at 9:00 a.m. for Further Status Review. Time is excluded.