1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  CHAD M. MANDELL (ILBN 6286783)
   Special Assistant United States Attorney
5
      150 Almaden Boulevard
6     San Jose, California 95113
      Telephone: (408) 535-5059
7     Facsimile:  (408) 535-5066
      Email: chad.mandell@usdoj.gov          ***E-FILED - 6/11/08***
8
   Attorneys for the United States of America
9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,        )   No.    CR 08-00337 RMW
                                     )    *AMENDED*
15        Plaintiff,                 )   STIPULATION AND []
                                     )   ORDER EXCLUDING TIME FROM JUNE
16     v.                            )   2, 2008 TO JULY 21, 2008 FROM THE
                                     )   SPEEDY TRIAL ACT CALCULATION
17  LUIS REBOLLA-SANCHEZ             )   (18 U.S.C. § 3161(h)(8)(A))
                                     )
18        Defendant.                 )
                                     )
19  _____)

20

21

22       The parties stipulate that the time between June 2, 2008 and July 21, 2008 is excluded under

23  the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested

24  continuance would unreasonably deny defense counsel reasonable time necessary for effective

25  preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the

26  ends of justice served by granting the requested continuance outweigh the best interest of the

27  public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.

28  //

                                         1

1    18 U.S.C. §3161(h)(8)(A).

2

3    DATED: June 2, 2008            JOSEPH P. RUSSONIELLO
                                       United States Attorney

4

5                                   ___/s/_____

6                                   CHAD M. MANDELL
                                  Special Assistant United States Attorney

7

8                                   ___/s/_____

9                                   MANUEL U. ARAUJO
                                  Lead Defense Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2        Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY

3   ORDERS that the time between June 2, 2008 to July 21, 2008 is excluded under the Speedy Trial

4   Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested continuance would

5   unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into

6   account the exercise of due diligence.  Furthermore, the Court finds that the ends of justice served

7   by granting the requested continuance outweigh the best interest of the public and the defendant

8   in a speedy trial and in the prompt disposition of criminal cases.  The court therefore concludes

9   that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

10

11  IT IS SO ORDERED.

12  DATED:  6/11/08

_Ronald M. Whyte_
_____
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3