***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte    **REPORTER:** Lee-Anne Shortridge

**DATE:** July 21, 2008    **TIME:** 9:00 am

**CRIMINAL NO.:** CR-08-00337-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- LUIS REBOLLA-SANCHEZ
    **APPEARANCES:**    (P)  (C)

**PLTF:** AUSA: C. Mandell    **DEFT:** M. Araujo

**COURT ACTION: STATUS HEARING**

**Hearing Held. The defense needs to obtain discovery (audio tapes). The Court continued this matter to 8/11/08 @ 9:00 AM for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 8/11/08. Government to prepare exclusion order.**

     */s/ Jackie Garcia*
       **JACKIE GARCIA**
     **Courtroom Deputy**