***E-FILED*__**

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte        **REPORTER:** Summer Clanton

**DATE:** August 11, 2008         **TIME:** 9:00 am

**CRIMINAL NO.:** CR-08-00337-RMW

**TITLE:** UNITED STATES OF AMERICA   -v-  LUIS REBOLLA-SANCHEZ
       **APPEARANCES:**                   (P) (C)

**PLTF:** AUSA: C. Mandell          **DEFT:** M. Araujo

**COURT ACTION: STATUS HEARING**

**Hearing Held. Defense counsel needs time to review the audio tapes of the deportation hearing. The Court continued this matter to 9/2/08 @ 9:00 AM for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 9/2/08. Government to prepare exclusion order.**

  */s/ Jackie Garcia*
   **JACKIE GARCIA**
  **Courtroom Deputy**