JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

CHAD M. MANDELL (ILBN 6286783)
Special Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5059
   Facsimile:  (408) 535-5066
   Email: chad.mandell@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> LUIS REBOLLA-SANCHEZ ) <br> ) <br>    Defendant. ) <br> ) <br> _____ ) | No.   CR 08-00337 RMW <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SEPTEMBER 2, 2008 TO SEPTEMBER 22, 2008 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

    The parties stipulate that the time between September 2 and September 22, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the

//

//

//

1

1  public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.

2

3

4  18 U.S.C. §3161(h)(8)(A).

5

6  DATED: September 3, 2008                JOSEPH P. RUSSONIELLO
                                           United States Attorney
7

8                                          ___/s/_____
                                           CHAD M. MANDELL
9                                          Special Assistant United States Attorney

10

11                                         ___/s/_____
                                           MANUEL U. ARAUJO
12                                         Lead Defense Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.

2

3

4  18 U.S.C. §3161(h)(8)(A).

5

6  DATED: September 3, 2008                JOSEPH P. RUSSONIELLO
                                           United States Attorney

7

8                                          ___/s/_____
                                           CHAD M. MANDELL
9                                          Special Assistant United States Attorney

10

11                                         ___/s/_____
                                           MANUEL U. ARAUJO
12                                         Lead Defense Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between September 2 and September 22, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.

DATED: _____
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE